**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Faron R Garcia, | No. CV-22-01102-PHX-DJH (ESW) |
| Plaintiff, | **ORDER** |
| v. | |
| Centurion Healthcare, et al., | |
| Defendants. | |

The Court had considered Defendants' Motion to Extend Dispositive Motion Deadline (Doc. 17). Good cause appearing,

IT IS ORDERED granting the Motion to Extend Dispositive Motion Deadline (Doc. 17).

IT IS FURTHER ORDERED extending the dispositive motion deadline to **April 24, 2023**.

Dated this 11th day of April, 2023.

_____
Honorable Eileen S. Willett
United States Magistrate Judge